**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 20 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> ERIC LAMONT JOHNSON, <br><br> Defendant - Appellant. | No. 24-3919 <br><br> D.C. No. <br> 2:23-cr-00011-SPG-1 <br><br> MEMORANDUM[*] |
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> ERIC LAMONT JOHNSON, <br><br> Defendant - Appellant. | No. 24-3923 <br><br> D.C. No. <br> 2:23-cr-00012-SPG-1 |

Appeal from the United States District Court
for the Central District of California
Sherilyn Peace Garnett, District Judge, Presiding

Submitted March 17, 2025[**]

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before:     CANBY, R. NELSON, and FORREST, Circuit Judges.

In these consolidated appeals, Eric Lamont Johnson appeals from the district court's judgments and challenges the 14-month concurrent sentences imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Johnson contends that his sentences are substantively unreasonable in light of the 8-month recommendation by the government and probation, and other mitigating circumstances. We review this claim for abuse of discretion. *See Gall v. United States*, 552 U.S. 38, 51 (2007).

The district court did not abuse its discretion in imposing the sentences, which are substantively reasonable in light of the 18 U.S.C. § 3583(e) sentencing factors and the totality of the circumstances, including the nature of the violation and Johnson's history of poor performance on supervision. *See Gall*, 552 U.S. at 51; *see also United States v. Gutierrez-Sanchez*, 587 F.3d 904, 908 (9th Cir. 2009) ("The weight to be given the various factors in a particular case is for the discretion of the district court.").

**AFFIRMED.**